# United States District Court
# Central District of California

| | |
|---|---|
| WILLIAM B. COWEN,<br><br>        Petitioner,<br><br>    v.<br><br>STAR FISHERIES INC,<br><br>        Respondent. | Case № 2:17-cv-02679-ODW (JEMx)<br><br>**JUDGMENT** |

On May 8, 2017, the Court heard oral argument in this matter from Petitioner, Respondent, and amicus curiae Teamsters Local 572, International Brotherhood of Teamsters. On May 11, 2017, the Court granted Petitioner's Petition for a Preliminary Injunction.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Respondent, Star Fisheries Inc., its officers, agents, successors, assigns, and all other persons acting in concert with or participation with it are enjoined from:
   (a) Telling employees that they can return to work for Respondent if they resign from the Union;
   (b) Offering employees better wages if they stop their Union activity;
   (c) Offering employees their jobs back if they come to work without the Union;
   (d) Telling employees they cannot return to work because of the damage the employees and the Union have done to Respondent;
   (e) Hiring permanent replacements with the unlawful purpose of denying reinstatement to striking employees;
   (f) Failing to establish a preferential hiring list for the hiring of the employees that went on strike;
   (g) Withdrawing from the Union Pension Fund and Health and Welfare Fund without notice to or bargaining with the Union;
   (h) Refusing to reinstate the striking employees to their former positions of employment upon their unconditional offers to return to work; and
   (i) In any like or related manner, interfering with, restraining or coercing employees in the exercise of the rights guaranteed under Section 7 of the Act (29 U.S.C. Sec. 157).

2. Respondent, its officers, agents, successors, assigns, and all other persons acting in concert or participation with it are affirmatively ordered pending final Board adjudication to:
   (a) Within 5 days of the issuance of the Order granting the petition, offer all employees who have made unconditional offers to return to work interim reinstatement to their former jobs, or, if those jobs no longer exist, to substantially equivalent positions, without prejudice to their

seniority or any other rights or privileges previously enjoyed, displacing if necessary any workers hired, transferred, or reassigned after the strike began on December 18, 2015.

(b) Within 5 days of the issuance of the Order granting the petition, after the striking employees have been returned to work, rescind any changes to the Union's Pension fund and Health and Welfare plans, and resume making all contributions for those employees.

(c) Within 5 days of the issuance of Order granting the petition, post copies of the Order in conspicuous places in and throughout its facility at the Wilmington, California, location, in English and in Spanish, and any other Respondent facility where unit employees are employed, including all places where notices to employees are customarily posted, those postings to be maintained during the pendency of the Board's administrative proceedings free from all obstructions and defacements; all employees shall have free and unrestricted access to the Order. Translation of the Order into Spanish shall be at Respondent's expense, with the translation to be approved by the Regional Director.

(d) Within 10 days of the issuance of the Order granting the petition, convene all employees during working time at a mandatory meeting during each shift at its Wilmington, California, location and have a responsible management official of Respondent read the Order to employees in English and Spanish, with a Board agent and representative of the Union present at any assembly called for the purpose of reading the Order; or at Respondent's option, have a Board agent read the notice to employees in the presence of a responsible Respondent official and a representative of the Union.

(e) Grant to agents of the Board reasonable access to Respondent's

Wilmington, California, facility in order to monitor compliance with the posting requirement; and

(f) Within 21 days of the issuance of the Order granting the petition, file with the Court, with a copy to the Regional Director of Region 21 of the Board, a sworn affidavit from a responsible official of Respondent setting forth with specificity the manner in which Respondent has complied with the terms of this Order, including how and when it posted the documents required by the Order.

3. This case shall remain open on the docket of this Court. On compliance by Respondent with its obligations undertaken hereto, and upon final dispositions of the matters pending before the Board, the Petitioner shall cause this proceeding to be dismissed.

**IT IS SO ORDERED.**

May 12, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**